**1**

**NORTH BRITISH & MERCANTILE INSURANCE COMPANY, Limited, Plaintiff in Error, v. CREW LEVICK COMPANY, Defendant in Error.**

Circuit Court of Appeals, Second Circuit. April 9, 1928.

No. 223.

Appeal from the District Court of the United States for the Eastern District of New York.

Mathew T. Abruzzo, of New York City, for plaintiff in error.

William Paul Allen, of New York City (Eugene Underwood, Jr., Robert S. Sloan, and George J. Johnstone, all of New York City, of counsel), for defendant in error.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Judgment affirmed.

---

**2**

**OMAHA NATIONAL BANK OF OMAHA, NEBRASKA, Appellant, v. IOWA SERVICE CO. et al.**

Circuit Court of Appeals, Eighth Circuit. January 11, 1928.

No. 8039.

Appeal from the District Court of the United States for the District of Nebraska.

Halleck F. Rose, Arthur R. Wells, and Paul L. Martin, all of Omaha, Neb., for appellant.

F. H. Gaines, of Omaha, Neb., and George A. Lee, of Lincoln, Neb., for appellees.

PER CURIAM. Appeal dismissed, at costs of appellant, but without taxation of attorney fee, per stipulation of parties.

---

**3**

**PRAIRIE OIL & GAS CO., Appellant, v. Kuroki TWIST et al.**

Circuit Court of Appeals, Eighth Circuit. January 23, 1928.

No. 6508.

Appeal from the District Court of the United States for the Eastern District of Oklahoma.

Preston C. West and R. S. Sherman, both of Tulsa, Okl., A. A. Davidson, of Independence, Kan., and Grey Moore, of Tulsa, Okl., for appellant.

D. H. Linebaugh and Paul Pinson, both of Muskogee, Okl., and James S. Watson, of Tulsa, Okl., for appellees.

PER CURIAM. Appeal dismissed, without costs to either party in this court, per stipulation of parties.

---

**4**

**SEABOARD FORWARDING COMPANY, Libelant Appellee, v. FREIGHTS on FOUR CARGOES of FLAXSEED and Spencer Kellogg & Sons, Inc., Respondent Appellant, Helen Hammond, as Administratrix, etc., Intervener Appellee, and Anthony Boyle, Intervener Appellee.**

Circuit Court of Appeals, Second Circuit. April 9, 1928.

Nos. 240–244.

Appeals from the District Court of the United States for the Western District of New York.

Dudley, Stowe & Sawyer, of Buffalo, N. Y., for appellant.

Thomas C. Burke, of Buffalo, N. Y., for libelant appellee.

Stanley & Gidley, of Buffalo, N. Y., for interveners appellees and respondents appellees.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Decrees (16 F.[2d] 154) affirmed.